# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : |  |
|  | : |  |
| Plaintiff, | : | Case No. 3:07-cr-066 |
| -vs- | : |  |
|  | : | Magistrate Judge Sharon L. Ovington |
| TIFFANY S. REEVES, | : |  |
| Defendant. |  |  |

## DISMISSAL ORDER

The Government's oral motion to dismiss case is GRANTED. It is hereby ORDERED that the above captioned case is dismissed.

December 13, 2012                               s/Sharon L. Ovington
                                                        Sharon L. Ovington
                                                        United States Magistrate Judge